# O S B O R N   L A W, p.c.

**43 West 43rd Street, Suite131**
**New York, New York 10036**

| | |
|---|---|
| DANIEL A. OSBORN | TELEPHONE |
| LINDSAY M. TRUST | 212 - 725 - 9800 |
| | FACSIMILE |
| | 212 - 500 - 5115 |

April 30, 2021

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

        Re:   *Mathews v. Commissioner of Social Security,*
                  Civil Action No. 20-cv-05710-AT-SLC

Dear Judge Cave,

     We write on behalf of plaintiff, Tretrice Mathews, and with the consent of the defendant, request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on April 30, 2021. Plaintiff respectfully requests an extension of time up to and including **June 14, 2021**. This is plaintiff's first request for an extension of time.

     Subject to the approval of the Court, the parties propose the following revised briefing schedule:

        a. Plaintiff to file her motion for judgment on the pleadings on or before **June 14, 2021**;

  b. Defendant to file its response/cross-motion on or before **August 13, 2021**; and

  c. Plaintiff to file her reply (if any) on or before **September 3, 2021**.

Thank you for your consideration of this request.

         Respectfully submitted,

         s/Daniel A. Osborn
         Daniel A. Osborn
         OSBORN LAW, P.C.
         43 West 43rd Street, Suite 131
         New York, New York 10036
         Telephone: 212-725-9800
         Facsimile: 212-500-5115
         dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)

---

Plaintiff's request for an extension of time to file her motion for judgment on the pleadings (ECF No. 22) is DENIED WITH LEAVE TO RENEW. The Court may extend this deadline only "for good cause." Fed. R. Civ. P. 6(b)(1)(A). Additionally, this Court's Individual Practices in Civil Cases require requests for extensions of time to state "the reason for the present request." Rule I.E. Because Plaintiff's letter-motion offers no reason for the requested extension, the Court is unable to rule on it. Accordingly, Plaintiff may re-file her request in compliance in the Federal Rules and this Court's Individual Practices.

The Clerk of the Court is respectfully directed to close ECF No. 22.

SO ORDERED 5/3/2021

SARAH L. CAVE
United States Magistrate Judge