**O S B O R N  L A W, p.c.**
43 West 43rd Street, Suite131
New York, New York 10036

DANIEL A. OSBORN  
LINDSAY M. TRUST

TELEPHONE  
212 - 725 - 9800  
FACSIMILE  
212 - 500 - 5115

> Plaintiff's requested extension of time to file her motion for judgment on the pleadings (ECF No. 24) is GRANTED and the proposed briefing schedule is ADOPTED.
>
> The Clerk of the Court is respectfully directed to close ECF No. 24.
>
> SO ORDERED   5/4/2021
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

May 3, 2021

**VIA ECF**

Honorable Sarah L. Cave  
United States Magistrate Judge  
United States Courthouse  
40 Foley Square  
New York, New York 10007

      Re:   *Mathews v. Commissioner of Social Security,*  
              Civil Action No. 20-cv-05710-AT-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Tretrice Mathews, and with the consent of the defendant, request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on April 30, 2021. Plaintiff respectfully requests an extension of time up to and including **June 14, 2021**. This is plaintiff's first request for an extension of time.

      The additional time is necessary because our office suddenly has numerous closely scheduled (and overlapping) deadlines in social security matters. For the last several months we have received countless requests from the Agency for additional time to serve administrative records because of the delays the Agency is encountering in getting records prepared. We believe that the Agency is now slowly emerging from this backlog, but it is having the unintended effect of creating a backlog on our end.

Honorable Sarah L. Cave
May 3, 2021
Page 2

       Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. Plaintiff to file her motion for judgment on the pleadings on or before **June 14, 2021**;

    b. Defendant to file its response/cross-motion on or before **August 13, 2021**; and

    c. Plaintiff to file her reply (if any) on or before **September 3, 2021**.

Thank you for your consideration of this request.

                          Respectfully submitted,

                          s/Daniel A. Osborn
                          Daniel A. Osborn
                          OSBORN LAW, P.C.
                          43 West 43rd Street, Suite 131
                          New York, New York 10036
                          Telephone:   212-725-9800
                          Facsimile:    212-500-5115
                          dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)